In the Matter of the Proceedings to Have HERBERT P. BRUSH
Punished as and for a Civil Contempt of Court for Failure to
Comply with the Order Made in the Action of LOUIS LANDSMAN,
Plaintiff, *v.* THIRD AVENUE RAILWAY COMPANY, Defendant.
HERBERT P. BRUSH, Appellant; Hon. ARTHUR P. McNULTY,
Justice of the Municipal Court of the City of New York, and
Another, Respondents.

Supreme Court, Appellate Term, First Department, April 23, 1938.

*Alfred T. Davison,* for the appellant.

*John J. Bennett, Jr., Attorney-General [Robert P. Beyer, Assistant
Attorney-General],* for the respondents.

PER CURIAM. The order adjudges appellant guilty of a civil
contempt but fails to adjudicate that his conduct impaired, impeded
or prejudiced plaintiff's rights or remedies. (Judiciary Law, § 753.)
Order reversed and proceeding dismissed.

All concur. Present — LYDON, FRANKENTHALER and SHIEN-
TAG, JJ.